# RETURN

| | |
|---|---|
| Case No.: 25-06863MB | ☒ FILED  ☐ LODGED<br>**OCT 22 2025**<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF ARIZONA |

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/08/2025 | 10/08/2025 1:30 PM | Western Union<br>subpoena@westernunion.com |

**INVENTORY MADE IN THE PRESENCE OF**

Special Agent Maria Barallardos and Supervisory Special Agent Jason Kirk

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

We received transaction information requested in the warrant for the telephone number +52-772-129-8303 in an Excel file format.

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 10/21/2025

**JASON W KIRK** *Digitally signed by JASON W KIRK Date: 2025.10.21 13:20:09 -07'00'*

Executing Officer's Signature

Jason Kirk, Supervisory Special Agent, HSI

Printed Name and Title